**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

August 7, 2012

<u>Mailing Address</u>:
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

The Honorable Stanley R Chesler, USDJ
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

Re: Andrew, Jerome
Docket #: 08-209-01

<u>REPORT OF NONCOMPLIANCE/REQUEST FOR JUDICIAL REPRIMAND</u>

Dear Judge Chesler:

On April 15, 2009, Your Honor sentenced the above-referenced on charges of conspiracy to traffic in unauthorized access devices and dealing in stolen merchandise to five years probation with special conditions of drug/alcohol treatment and mental health evaluation/treatment. Based on his residence in Hempstead, New York, Andrew is being supervised by in the Eastern District of New York.

On January 3, 2011, Your Honor modified Andrew's conditions to include 60 days home confinement due to Andrew submitting drug tests that yielded a positive result for cocaine. Andrew was also referred to outpatient substance abuse treatment. Additionally, on May 12, 2011, Your Honor extended the home confinement for an additional 30 days due to Andrew submitting another drug test that yielded a positive result for cocaine.

As detailed in the attached petition, Andrew has been noncompliant with the terms of his supervised release. We respectfully request that Your Honor review and sign the attached Probation Form 12A, which we will provide to the offender as an official judicial reprimand. If you have any questions, please contact the undersigned officer at 973-943-5804.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

Amy J Capozzolo
2012.08.08 09:49:32 -04'00'

By: Amy J. Capozzolo
U.S. Probation Officer

Maureen Kelly

/ajc
Attachment

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jerome Andrew                                    Cr.: 08-209-01
                                                                   PACTS #: 42390

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: April 9, 2009

Original Offense: Conspiracy to Defraud the United States - Traffic in Unauthorized Access Devices and Dealing in Stolen Merchandise

Original Sentence: Five Years Probation

Type of Supervision: Probation                          Date Supervision Commenced: 04/15/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | On June 25, 2012, Andrew was in a motor vehicle accident. At that time, New York City Police discovered Andrew's licensed was suspended for failure to pay a ticket. Subsequently, Andrew was arrested and charged with driving with a suspended license. Since then, Andrew paid the ticket and the suspension was lifted. Andrew's next court appearance is September 9, 2012. Additionally, on June 28, 2012, Andrew submitted a drug test that yielded a positive result for cocaine.

U.S. Probation Officer Action:
Andrew admitted to cocaine use and expressed remorse for his actions. This case is supervised by our office at the Eastern District of New York and they referred Andrew to Phoenix House, an inpatient substance abuse rehabilitation program. Andrew is schedule to enter treatment on July 21, 2012. At this time, we recommend no action take place. However, if the offender fails to comply with the recommended treatment plan, we will notify the court.

Respectfully submitted,

By: Amy J. Capozzolo
U.S. Probation Officer
Date: 07/26/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other  *no action*

Signature of Judicial Officer

8/13/2012
Date